JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
Fax: (916)-557-1118
John@Balazslaw.com

Attorney for Petitioner
ADAM SHELTON, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHELTON, JR., ) | No. CIV-S-07-0172 FCD-GGH |
| Petitioner, ) | |
| v. ) | STIPULATION AND ORDER |
| MIKE KNOWLES, Acting Warden, ) | |
| Respondent. ) | |

   Petitioner Adam Shelton, Jr., through his counsel John Balazs, and Respondent Mike Knowles, through his counsel, Deputy Attorney General Catherine Chatman, hereby stipulate and request that the Court extend the scheduling order filed March 27, 2007, for four weeks with the new dates as follows:

   1.   Should petitioner elect to proceed on the original petition, petitioner must so inform the court, as well as file any supplemental memorandum of points and authorities on or before July 6, 2007;

   2.   Should petitioner elect to proceed upon an amended petition of exhausted claims only, petitioner must file the amended petition on or before July 6, 2007.

   3.   If petitioner proceeds as set forth either under no. 1 or 2 above, respondent must file an answer or dispositive motion within 30 days thereafter; petitioner

must file any reply or opposition, as appropriate, within 30 days of service of respondent's responsive pleading; if respondent files a motion, respondent will have 15 days after service of an opposition to file a reply.

4.   Should petitioner identify unexhausted claims which petitioner will seek to exhaust, petitioner shall file an amended petition, on or before July 6, 2007, setting forth all claims, exhausted and unexhausted, and shall demonstrate good cause for having failed to exhaust state court remedies as to any claim which petitioner would seek to exhaust. Petitioner shall move the court to hold the proceedings in abeyance pending exhaustion of state court remedies as to the unexhausted claims, on or before July 6, 2007; if a stay is ultimately granted, petitioner must immediately pursue state court exhaustion, that is, within 30 days of the granting of a stay, and, upon said exhaustion in state court, within 30 days, proceed upon the amended petition in federal court.

5.   Should respondent object to any motion for a stay of proceedings by petitioner to pursue unexhausted claims, respondent must file any opposition to such a motion within 30 days of service thereof; thereafter, petitioner has 15 days to file any reply.

6.   If petitioner intends to make a motion for leave to conduct discovery under the Rules Governing Section 2254 Cases, Rule 6(a), petitioner must do so by no later than July 6, 2007; if respondent opposes any such motion respondent must do so within 30 days thereafter; petitioner's reply, if any must be filed within 15 days of any opposition by respondent.

7.   If petitioner chooses to move for an evidentiary hearing on a claim of ineffective assistance of counsel, as he anticipates, or on any other or additional ground, petitioner must do so at the earliest appropriate opportunity; should petitioner file a motion for an evidentiary hearing, respondent, who anticipates opposing the motion, must

file any oppositions within 30 days of service of the motion, and petitioner must file any reply within 15 days of service of any opposition.

Respectfully submitted,

Dated: June 8, 2007

/s/ John Balazs
JOHN BALAZS

Attorney for Petitioner
Adam Shelton, Jr.

Dated: June 8, 2007

/s/ Catherine Chatman
CATHERINE CHATMAN
Deputy Attorney General

Attorney for Respondent
Mike Knowles, Acting Warden

## **ORDER**

IT IS SO ORDERED.

Dated: 6/13/07        /s/ Gregory G. Hollows

Hon. Gregory G. Hollows
U.S. Magistrate Judge

shel0172.po2

3