JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
Fax: (916)-557-1118
John@Balazslaw.com

Attorney for Petitioner
ADAM SHELTON, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHELTON, JR., ) | No. CIV-S-07-0172 FCD-GGH P |
|       Petitioner, ) | |
|   v. ) | STIPULATION AND ORDER |
| MIKE KNOWLES, Acting Warden, ) | |
|       Respondent. ) | |

    Petitioner Adam Shelton, Jr., through his counsel John Balazs, and Respondent Mike Knowles, through his counsel, Deputy Attorney General Catherine Chatman, hereby stipulate and request that the Court vacate the hearing presently set for October 25, 2007 on petitioner's motions to stay his federal action and hold it in abeyance and for an evidentiary hearing.

    On August 10, 2007, petitioner filed an amended petition with this Court with unexhausted claims.  On August 13, 2007, petitioner filed a motion to stay proceedings pending resolution by the California Supreme Court of a habeas petition with the unexhausted claims, which was filed July 6, 2007.  On August 30, 2007, petitioner also filed a motion for an evidentiary hearing.

    On September 27, 2007, respondent filed a response stating that he has no opposition to petitioner's motion to stay his federal action and hold it in abeyance until the

California Supreme Court resolves case no. S154216.  Respondent also filed an opposition to petitioner's motion for an evidentiary hearing.

     The parties thus stipulate that a hearing on petitioner's unopposed motion for stay and abeyance is not necessary and that a hearing on petitioner's motion for an evidentiary hearing should be continued pending resolution of petitioner's petition for writ of habeas corpus in California Supreme Court case no. S154216.  The parties request that the hearing set for October 25, 2007 be vacated.  Within twenty-one days after the California Supreme Court resolves his habeas petition in case no. S154216, petitioner's counsel will file a status report notifying the Court of the decision in that case and, after consultation with respondent's counsel, will propose a joint schedule for further proceedings.

          Respectfully submitted,

Dated:  October 23, 2007

        /s/ John Balazs
        JOHN BALAZS

        Attorney for Petitioner
        Adam Shelton, Jr.

Dated:  October 23, 2007

        /s/ Catherine Chatman
        CATHERINE CHATMAN
        Deputy Attorney General

        Attorney for Respondent
        Mike Knowles, Acting Warden

## ORDER

    IT IS SO ORDERED.

Dated: 10/23/07        /s/ Gregory G. Hollows

        Hon. Gregory G. Hollows
        U.S. Magistrate Judge

shel0172.stp