JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299
Fax: (916)-557-1118
John@Balazslaw.com

Attorney for Petitioner
ADAM SHELTON, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHELTON, JR., ) | No. CIV-S-07-0172 FCD-GGH |
| Petitioner, ) | |
| ) | STATUS REPORT AND ORDER |
| v. ) | |
| ) | |
| MIKE KNOWLES, Acting Warden, ) | MOTION HEARING: |
| ) | Date: April 10, 2008 |
| Respondent. ) | Time: 10:00 a.m. |
| _____ ) | Hon. Gregory G. Hollows |

    Petitioner Adam Shelton, Jr., through his counsel John Balazs, and Respondent Mike Knowles, through his counsel, Deputy Attorney General Catherine Chatman, hereby submit this joint status report and request that the Court adopt the agreed-upon schedule set forth below:

    On August 10, 2007, petitioner filed an amended petition with this Court with admittedly-unexhausted claims. On August 13, 2007, petitioner filed a motion to stay proceedings pending resolution by the California Supreme Court of a habeas petition with the unexhausted claims, which was filed July 6, 2007. On August 30, 2007, petitioner also filed a motion for an evidentiary hearing.

    On September 27, 2007, respondent filed a response stating that he has no opposition to petitioner's motion to stay his federal action and hold it in abeyance until the California Supreme Court resolves petitioner's habeas petition, no. S154216. Respondent

also filed an opposition to petitioner's motion for an evidentiary hearing.

On October 24, 2007, pursuant to a stipulation of the parties, the Court ordered that the motions hearing in this case be vacated and that petitioner's counsel file a status report including a proposed schedule, after consultation with respondent's counsel.

Although petitioner's counsel has not yet received a copy of the actual order, petitioner's counsel has received email notification from the California Supreme Court's website that Mr. Shelton's pro se petition for writ of habeas corpus was denied on December 19, 2007.  After conferring on a schedule, counsel for Mr. Shelton and Warden Knowles now jointly proposes the following schedule in this case.

1. Petitioner will file a Memorandum of Points and Authorities on the Amended Petition and a reply to Respondent's opposition to his motion for an evidentiary hearing by February 8, 2008;

2. Respondent will file an answer or dispositive motion to petitioner's Amended Petition by March 14, 2008, and petitioner shall file any reply by March 27, 2008; and

3. A hearing on petitioners' motion for an evidentiary hearing and any other filed motion be held on April 10, 2008, at 10:00 a.m..

Respectfully submitted,

Dated:  January 23, 2008

/s/ John Balazs
JOHN BALAZS

Attorney for Petitioner
Adam Shelton, Jr.

Dated:  January 23, 2008

/s/ Catherine Chatman
CATHERINE CHATMAN
Deputy Attorney General

Attorney for Respondent
Mike Knowles, Acting Warden

## **ORDER**

IT IS SO ORDERED.

Dated: 01/25/08                                        /s/ Gregory G. Hollows

                                                       Hon. Gregory G. Hollows
                                                       U.S. Magistrate Judge

shel0172.po