IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SHELTON, JR., | CIV S-07-0172 FCD GGH P |
| Petitioner, | ORDER |
| v. | |
| KNOWLES, Acting Warden, | |
| Respondent. | |

GOOD CAUSE APPEARING, the joint request to modify the briefing schedule and continue the motion hearing is granted. Respondent will file an answer or dispositive motion to Petitioner's Amended Petition and Memorandum of Points and Authorities in Support of Amended Petition on or before April 24, 2008. Petitioner will file any reply on or before May 8, 2008. The hearing on Petitioner's motion for an evidentiary hearing will be held on May 15, 2008, at 10:00 a.m.

Dated: March 19, 2008

GREGORY G. HOLLOWS
The Honorable Gregory G. Hollows