1  JOHN BALAZS, Bar #157287
   Attorney At Law
2  916 2nd Street, Suite F
   Sacramento, California 95814
3  Telephone: (916) 447-9299
   Fax: (916)-557-1118
4  John@Balazslaw.com

5  Attorney for Petitioner
   ADAM SHELTON, JR.

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   ADAM SHELTON, JR.,                    )   No. CIV-S-07-0172 FCD-GGH
12                                        )
                    Petitioner,           )
13                                        )
          v.                              )   STIPULATION AND ORDER RE
14                                        )   MOTION FOR EVIDENTIARY
   MIKE KNOWLES, Acting Warden,           )   HEARING
15                                        )
                    Respondent.           )
16  _____  )

17        Petitioner Adam Shelton, Jr., through his counsel John Balazs, and Respondent

18  Mike Knowles, through his counsel, Deputy Attorney General Catherine Chatman, hereby

19  stipulate and request *that the Court drop the hearing on petitioner's motion for an*

20  *evidentiary hearing from the Court's calendar on June 5, 2008, at 10 a.m. and decide the*

21  *motion on the pleadings filed in this matter*.

22        In this § 2254 action, Mr. Shelton filed an amended petition on August 10, 2007,

23  and a Memorandum of Points and Authorities in Support of the Amended Petition on

24  February 8, 2008.  Respondent filed an answer on April 24, 2008, and Mr. Shelton filed a

25  traverse on May 9, 2008.  Mr. Shelton also filed a motion for an evidentiary hearing on

26  August 30, 2007 and Respondent filed an opposition to the motion on September 27,

27  2007.

28        The parties believe that the motion for an evidentiary hearing can be adequately

1  resolved on the existing record based on these pleadings without oral argument.  Unless

2  the court desires argument on the motion, the parties request that the Court decide the

3  motion for an evidentiary hearing on the pleadings and record  in this case and order the

4  motion submitted on June 5, 2008, without argument or a hearing on the motion.

5

6                                              Respectfully submitted,

7  Dated:  June 2, 2008

8                                               /s/ John Balazs
                                               JOHN BALAZS
9
                                               Attorney for Petitioner
10                                             Adam Shelton, Jr.

11

12  Dated:  June 2, 2008

                                               /s/ Catherine Chatman
13                                             CATHERINE CHATMAN
                                               Deputy Attorney General
14
                                               Attorney for Respondent
15                                             Mike Knowles, Acting Warden

16
                                         **ORDER**
17
        IT IS SO ORDERED.
18
   Dated: 06/02/08                            /s/ Gregory G. Hollows
19
                                              Hon. Gregory G. Hollows
20                                            U.S. Magistrate Judge

21

22
   shel0172.ord
23

24

25

26

27

28                                               2