IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADAM SHELTON, JR.,

    Petitioner,          No. CIV S-07-0172 FCD CHS P

   vs.

MIKE KNOWLES, Acting Warden,

    Respondent.      <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file objections to the findings and recommendation filed on March 30, 2009. Respondent has stipulated to this request. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's April 20, 2009 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order, to May 25, 2009, in which to file objections to the March 30, 2009 findings and recommendations.

DATED: April 23, 2009

                                              /s/ Charlene H. Sorrentino
                                              CHARLENE H. SORRENTINO
                                              UNITED STATES MAGISTRATE JUDGE